PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL THURSTON, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware limited liability company; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-02183 JFW (SPx)<br><br>**NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION**<br><br>Date:  January 22, 2018<br>Time: 1:30 P.M.<br>Location:  Courtroom 7A |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Cheryl Thurston, hereby lodges her [Proposed] Statement of Decision regarding FCA US LLC's Motion to Dismiss.

Dated:  January 8, 2018                    PACIFIC TRIAL ATTORNEYS, APC


                                           By:  _/s/ Scott J. Ferrell_____
                                           Scott. J. Ferrell
                                           Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on January 8, 2018, I electronically filed the foregoing **NOTICE**

3  **OF LODGING [PROPOSED] STATEMENT OF DECISION**with the Clerk of the

4  Court using the CM/ECF system which will send notification of such filing via electronic

5  mail to all counsel of record.

6

7                    */s/ Scott J. Ferrell*
                     Scott J. Ferrell

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28